**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

**PATRICK DAUGHERTY AND HIGHLAND EMPLOYEE RETENTION ASSETS, LLC,**
Appellants/Cross-Appellees

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee/Cross-Appellant**

**V.**

**SIERRA VERDE, LLC, PATRICK BOYCE, WILLIAM L. BRITAIN, AND JAMES DONDERO, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

We **GRANT** Patrick Daugherty's June 5, 2015 unopposed motion for extension of time to file cross-appellee brief and **ORDER** the brief be filed no later than July 20, 2015. We extend the other briefing deadlines outlined in our April 24, 2015 order by thirty days.

/s/     CRAIG STODDART
         JUSTICE